# UNITED STATES DISTRICT COURT

for the

District of Alaska

Juneau Division

Julian Kendall Barlog

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Desirre Dawn Ranallo
Travis Buick ( known alias)
Tate Clark Dunnivan

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ______________________
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Julian Kendall Barlog
Address: PO Box ~~[illegible]~~ 1465
Haines (*City*) Ak (*State*) 99827 (*Zip Code*)
County:
Telephone Number: 907-314-3110
E-Mail Address: Heryos@protonmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Desirre Dawn Ranallo
Job or Title *(if known)*:
Address: 1808 westwood Ave
Richmond (*City*) VA (*State*) 23227 (*Zip Code*)
County:
Telephone Number:
E-Mail Address *(if known)*:

☑ Individual capacity ☐ Official capacity

Defendant No. 2

Name: Travis Buick
Job or Title *(if known)*:
Address: 1808 westwood ave
Richmond (*City*) VA (*State*) 23227 (*Zip Code*)
County:
Telephone Number:
E-Mail Address *(if known)*:

☑ Individual capacity ☐ Official capacity

Defendant No. 3

Name: Tate Clark Dunnivan

Job or Title *(if known)*:

Address: Address currently unknown, likely Pittsburgh PA

City / State / Zip Code:

County:

Telephone Number:

E-Mail Address *(if known)*:

☑ Individual capacity ☐ Official capacity

Defendant No. 4

Name:

Job or Title *(if known)*:

Address:

City / State / Zip Code:

County:

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Haines, Alaska, Export Pennsylvania, and finally Richmond Virginia

B.   What date and approximate time did the events giving rise to your claim(s) occur?
November 6th 2023- June 2025

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Beginning October 2023, Defendants engaged in coordinated conspiracy to deprive Plaintiff of constitutional parental rights through interstate kidnapping and systematic alienation.

DEFENDANT DESIRRE DAWN RANALLO personally:
Admitted assaulting Plaintiff to counselor (October 2023)
Engaged in defamatory campaign against Plaintiff to family members
Systematically denied all co-parenting communication and contact
Abruptly terminated all child contact on October 12, 2024
Kidnapped three minor children from Export, PA to Richmond, VA without consent
Filed false police reports on November 15, 2024 instead of seeking legal remedy

## IV.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff requests the Court:

1. Order immediate restoration of Plaintiff's parental relationship with his minor children

2. Enjoin Defendants from further interference with Plaintiff's parental rights

3. Award compensatory damages of $500,000 for loss of parental relationship, intentional infliction of emotional distress, and constitutional violations over 400+ days of systematic deprivation

4. Award punitive damages of $1,000,000 to deter future interstate kidnapping and parental alienation conspiracie

5. Award attorney fees and costs

6. Grant any other relief the Court deems just and proper

Compensatory damages based on 400+ days of complete denial of fundamental parental relationship, systematic emotional distress, and constitutional violations.

Defendants repeatedly invoked law enforcement to remove plaintiffs children without legitimate threat, weaponizing state power to sever parent child relationship. Punitive damages based on pre meditated, deliberate and coordinated inter-state conspiracy.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/08/2025

Signature of Plaintiff [signature]

Printed Name of Plaintiff Julian Kendall Barlog

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Address ______________

______________ ______________ ______________
*City* *State* *Zip Code*

Telephone Number ______________

E-mail Address ______________

Print Save As... Add Attachment Reset