Name: Julian Barlog

Address: Po box 1465, Haines, Alaska, 9982

Telephone Number: 907-314-3110

RECEIVED
JUN 30 2025
Clerk, U.S. District Court
Juneau, AK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

Julian Barlog,

**Plaintiff/Petitioner,**

CASE NO. 1:25-cv-00008-SLG

vs,

**MOTION REQUESTING VOLUNTEER ATTORNEY**

Desirre Dawn Ranallo et al,

**Defendant/Respondent.**

I _____Julian Barlog_____ move this Court for appointment of counsel. I make this request for the reason that I am financially unable to retain an attorney, as supported by the Financial Affidavit in Support of Request for Attorney attached to this motion.

I need a lawyer because _____ because this case involves serious constitutional violations under 42 U.S.C. § 1983 and § 1985 as well as criminal predicate allegations under 18 U.S.C. § 1201, relating to interstate custodial interference and deprivation of federally protected rights. I am unable to afford counsel, am currently experiencing housing instability, chronic medical impairment, and severe economic hardship. Legal representation is essential due to the complexity of the constitutional claims, the emotional stakes involving minor children, and the high likelihood that expert knowledge will be required to pursue equitable relief and damages.

I have taken the following steps to find a lawyer on my own, with the following results (include names of attorneys contacted, and dates): I have reached out to several via online referral services to no avail given the nature of my claims not being a routine custody matter. Additionally I am currently aggressively seeking counsel for a serious employment whistleblower/retaliation claim ( with OSHA and state AG backing) which has consumed nearly all of my time and resources given my need for contingency representation.

## Declaration Under Penalty of Perjury

I, _____ Julian Barlog _____, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 06/26/2025 , at Haines , Alaska.

*/s/ Julian Barlog*
Signature

## Certificate of Service

I certify that a copy of the above motion was served, by ☐ first class U.S. mail ☐ fax ☐ hand-delivery, to _____ at _____
(Opposing party or counsel)

_____ on _____.
(Address) (Date of mailing)

_____
Signature

To Whom It May Concern,

In connection with my enclosed filing requesting appointment of counsel, I want to clarify that I am not seeking free representation as a matter of principle or entitlement. Rather, I am open and willing—enthusiastically—to engage with contingency-based counsel and intend to offer a generous portion of any recovery obtained through settlement or judgment.

This case carries significant constitutional weight, evidentiary strength, and public interest value. I believe it presents a compelling opportunity for the right advocate to achieve both justice and reward. I simply lack the up-front resources to secure such representation myself.

Thank you for your time and consideration.

Respectfully,
Julian Barlog

USPS Priority Mail Flat Rate Envelope

FROM:
Julian Barlag
PO Box 1465
Haines, Alaska, 99827

US POSTAGE PAID $10.10
Origin: 99827
06/27/25
0234320824-84

PRIORITY MAIL®
0 Lb 3.00 Oz
RDC 03

EXPECTED DELIVERY DAY: 06/30/25

C000

SHIP TO:
709 W 9TH ST
JUNEAU AK 99801-1807

USPS TRACKING® #
9505 5104 2811 5178 4939 87

TO:
Juneau US District Court
PO Box 020349
709 W. 9th Street, Rm 979
Juneau, Alaska, 99801